**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

[CAMERON AZIMI-TABRIZI, et al.

Plaintiff,

v.

[ALEXANDER PATCH, et al.

Defendants.

Civil Action No. 3:25-cv-4756-ZNQ

**ORDER ASSIGNING MATTER TO JUDGE QURAISHI IN TRENTON VICINAGE**

This matter comes before the Court upon the filing of a complaint, and it appearing that Plaintiffs Cameron Azimi-Tabrizi and DMT Mac Truong who appear *pro se*, initiated this matter by way of a civil complaint filed on 5/19/2025 [Docket No. 3:25-cv-4756]; and it further appearing that Plaintiff's complaint names as a Defendant Judge Wigenton of this Court; and it further appearing that Judge Wigenton maintains her permanent duty station in the Newark vicinage; and it further appearing that Local Civil Rule 40.1(g) requires this matter to be assigned to a Judge seated in a different vicinage of this Court; and for other good cause shown,

**IT IS** on this 20th day of May 2025,

**ORDERED** that the Clerk of the Court shall assign this matter to a Judge who maintains his/her permanent duty station in a different vicinage of this Court, pursuant to Local Civil Rule 40.1(g).

s/Chief Judge Renée Marie Bumb
United States District Judge